AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| virden, jane m. | District Ct., N. D. MS | 02/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| magistrate judge (ft) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

305 Main St.
Suite 329
Greenville, MS
38701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | partner | Myresville Farms partnership |
| 2. | partner | J&J Investmensts |
| 3. | trustee | ▮▮▮ trust |
| 4. | investor | southwest oil and gas com-pany |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 5/1/11 | Share of recovery in incontngency fee cases I worked on as a private attorney with the firm of Chapman Lewis and Swan. See attached partVIII. |
| 2. 3/26/09 | Annuites-see attached partVIII. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | chapman ,lewis and swan law firm | $205,000.00 |
| 2. | 2011 | magistrate judge | $65,241.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| virden, jane m. | 02/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| virden, jane m. | 02/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. trust 1-cd at guaranty bank | B | Interest | L | T | | | | | |
| 2. alliancebernlarge cap growthA | | None | J | T | | | | | |
| 3. davis new york venture fund | | None | K | T | Buy (add'l) | 12/23/11 | J | | |
| 4. hartford capital apprec A | | None | J | T | | | | | |
| 5. calmos growth A | | None | K | T | Buy (add'l) | 12/27/11 | J | | |
| 6. davis new york venture fund A | | None | K | T | Buy (add'l) | 12/23/11 | J | | |
| 7. fpa capital fund | | None | K | T | | | | | |
| 8. growth fund america inc | | None | K | T | Buy (add'l) | 12/22/11 | J | | |
| 9. investment co america fund | | None | K | T | Buy (add'l) | 12/27/11 | J | | |
| 10. janus fund | | None | J | T | Buy (add'l) | 12/22/11 | J | | |
| 11. clearwater corp(stock held by j&J investment) | | None | J | T | | | | | |
| 12. merril lynch captial | | None | J | T | | | | | |
| 13. spdr series trust | | None | K | T | | | | | |
| 14. jackson municipal airport bond | | None | L | T | | | | | |
| 15. laural ms school bond | | None | L | T | | | | | |
| 16. ms state univ bond | | None | K | T | | | | | |
| 17. universtiy edu bldg | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| virden, jane m. | 02/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II cont. I collected, in 2011, approximately 130,000 in fees and expenses from my old firm, Chapman Lewis and Swan, after I assumed the mag judge position. These were amounts paid for liens for work performed in private practice. I expect to recieve additonal fees in 2012 as a result of the settlement of several additonal cases I did substantion work on while in private practice. I do not anticipate fees after 2012.

Annuities- first colony life ins co.:annual payment of$7864thru 3/26/12;annual payment$8902 thru3/26/14;$20,973 due 5/23/22 and 5/23/23;monthly payment $1343 due 5/2024 thru 4/2044.

vii. cont.
18.univ of ms educational bond-no income during reprting period, value is Lan dvalue method is T.
19. ▓▓▓▓▓▓▓ , partnership, issaquenna county, MS, amount is b, it is rent, value icode is m and value method is w.
21. sun oil inc., issaquenna , MS, amount is A; it is rent,value code is j and method is w.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ jane m. virden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544